JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN LLP
21515 Hawthorne Blvd., Ste. 1150
Torrance, California 90503
Telephone: (310) 316-0500
Fax: (310) 792-5977

Attorneys for Plaintiff Rosendo Gonzalez, Chapter 7 Trustee for Jay and Debra Johnson

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re

JAY W. and DEBRA F. JOHNSON,

Debtors.

---

ROSENDO GONZALEZ, Trustee of the Bankruptcy Estate of JAY W. and DEBRA F. JOHNSON,

Plaintiff,

v.

RANDAL A. JOHNSON, an individual, and JJ&A ARCHITECTS, INC., a California corporation,

Defendants.

---

AND RELATED ADVERSARY PROCEEDING

---

CASE NO. 8:06-bk-10373-ES

(Chapter 7)

ADV. NO. 8:06-ap-01313-ES

(Consolidated with Adv. No. 8:06-ap-01311-ES)

**SECOND ERRATA TO THE TRUSTEE'S CLOSING TRIAL BRIEF**

<u>Trial</u>
DATE: October 20, 2014
TIME: 9:00 a.m.
PLACE: Courtroom 5A

The Trustee filed his Errata to the Trustee's Closing Brief on December 19, 2014. This Second Errata is designed to clean up and clarify errors in the Trustee's Errata to the Trustee's Closing Trial Brief on file with this Court. (See Docket Item # 480.)

24. At page 31:9 of the Trustee's Errata (Docket Item # 480), the added reference should have read as follows:

| **ELEMENT UNDER THE "BADGES OF FRAUD"** | **THE TRUSTEE'S PROOF AT TRIAL** |
|---|---|
| As discussed in the Lapides Reports and adduced at trial, Jay Johnson conspired with Randy Johnson to effectively transferred AIA's business to JJ&A for zero consideration in order to prevent Lapides from attaching AIA's income and bank accounts because of the Lapides judgment against Jay Johnson. Mr. Lapides, valued the AIA/JJ&A business at $3,500,000.00 (based on net yearly income of $550,000). Mr. Turner valued the AIA/JJ&A business at $192,000 (based on net yearly income of $50,000). On their sworn bankruptcy Schedules, the Debtors reported the value of AIA at zero ($0). | Lapides Report No. 2, Trial Ex 228 @ pp. 228.146-158; Turner Report, Trial Ex 222 @ pp. 222.19-23; Trial Testimony of Richard Lapides on 10/21/14 @ 11:34-11:48; Trial Testimony of Randy Johnson on 10/24/14 @ 10:23-10:28 and Trial Testimony of Jay Johnson on 10/23/14 @11:31 to 11:40 and 2:46 to 2:48, and Trial Ex 001 @ 001.008. |

47. At page 48:17-18 of the Trustee's Errata (Docket Item # 480), the reference in the box under The Trustee's Proof on Conversion by the Defendants, and Each of Them should read as follows: "… and all of the payments on the McFall 1st and 2nd TD Loans by either . . ."

53. At page 50:1-2 of the Trustee's Errata (Docket Item # 480), the reference in the box under The Trustee's Proof on Conversion by the Defendants, and Each of Them should read as follows: "The Debtors' 2000 Federal Tax Return showed Jay Johnson's income of just $77,115.00 which could be compared to the year 2000 income of $55,000.00 reported to the Trustee as part of the sworn Bankruptcy Schedules filed by the Debtors."

62. At page 61:2 of the Trustee's Errata (Docket Item # 480), the text should read as follows: "The Lapides Report No. 2, and the Lapides Trial Declaration spell out in detail how Mr. Lapides employed the skills learned at the Department of the Treasury to trace the ownership of the Viro Road Property as an unscheduled asset of the Debtors."

The Trustee files this Second Errata to the Trustee's Closing Brief filed on December 5, 2014 (Docket Item # 477).

At page 10:18-20 the Trustee's Closing Brief (Docket Item # 477), the reference in the box under The Trustee's Proof At Trial should read as follows: ". . . Lapides Report #1, Trial Exhibit 227, pages 227.177 to 227.178, and Trial Exhibit 3A."

At page 49:19-21 Trustee's Closing Brief (Docket Item # 477), the reference in the box under The Trustee's Proof At Trial should read as follows: ". . . Trial Exhibit 201, page 201.001, line 12, and page 201.006."

Dated: December 29, 2014

Respectfully submitted,

JAMES ANDREW HINDS, JR.
PAUL R. SHANKMAN
HINDS & SHANKMAN, LLP

BY: /s/ James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.
Attorneys for Rosendo Gonzalez, Trustee of the Bankruptcy Estate of Jay W. Johnson and Debra F. Johnson

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

HINDS & SHANKMAN, LLP, 21515 Hawthorne Blvd., Suite 1150, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*): **SECOND ERRATA TO THE TRUSTEE'S CLOSING TRIAL BRIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 29, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 29, 2014** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 29, 2014,** served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 29, 2014 | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- J Scott Bovitz bovitz@bovitz-spitzer.com
- Rosendo Gonzalez (TR) rgonzalez@ecf.epiqsystems.com, dgomez@gonzalezplc.com
- James Andrew Hinds jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Cristina F Keith ckeith@jhindslaw.com
- Weneta M Kosmala (TR) ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Hanna B Raanan hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;sshepard@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com
- David M Reeder david@reederlaw.com, jessica@reederlaw.com
- Paul R Shankman pshankman@jhindslaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Barouir B Yeretzian byeretzian@jhindslaw.com, yeretzian@gmail.com

2. **SERVED BY UNITED STATES MAIL**:

Burton V McCullough
Law Office of Burton V McCullough
4205 Encinas Drive
La Canada Flintridge, CA 91011-3108

3. **SERVED BY OVERNIGHT MAIL (Norco Overnight Delivery)**

Clerk to the Honorable Erithe Smith
United States Bankruptcy Judge
411 West Fourth Street, Room 5040
Santa Ana, CA 92701-4593