JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN LLP
21515 Hawthorne Blvd., Ste. 1150
Torrance, California  90503
Telephone: (310) 316-0500
Fax: (310) 792-5977

Attorneys for Plaintiff Rosendo Gonzalez, Chapter 7 Trustee
for Jay and Debra Johnson

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAY W. and DEBRA F. JOHNSON,<br><br>              Debtors.<br><br>ROSENDO GONZALEZ, Trustee of the Bankruptcy Estate of JAY W. and DEBRA F. JOHNSON,<br><br>              Plaintiff,<br><br>v.<br><br>RANDAL A. JOHNSON, an individual, and JJ&A ARCHITECTS, INC., a California corporation,<br><br>              Defendants.<br><br>AND RELATED ADVERSARY PROCEEDING | CASE NO.  8:06-bk-10373-ES<br><br>(Chapter 7)<br><br>ADV. NO. 8:06-ap-01313-ES<br><br>(Consolidated with Adv. No. 8:06-ap1311-ES)<br><br>**DECLARATION OF JAMES ANDREW HINDS, JR. IN REGARD TO THE TRUSTEE'S REDLINE CLOSING TRIAL BRIEF REFLECTING ERRATAS FILED WITH THE COURT**<br><br>Trial<br>DATE:   October 20, 2014<br>TIME:    9:00 a.m.<br>PLACE: Courtroom 5A |

I, James Andrew Hinds, Jr., hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and I am one of the attorneys principally responsible for the representation of Rosendo Gonzalez, the

1.

1 | chapter 7 Trustee and Plaintiff in these consolidated matters. I submit this Declaration as
2 | part of the Trustee's Submission of the Trustee's Redlined Closing Trial Brief Reflecting
3 | Erratas Filed with the Court (filed concurrently herewith). The matters set forth
4 | hereinbelow are made of my own personal knowledge and, if called and sworn as a
5 | witness, I could and would testify competently thereto.
6 |     2.    On June 26, 2015, this Court entered its Order: (1) Continuing Hearing
7 | Regarding Oral Ruling; and (2) Requiring Plaintiff to File a Red-Lined Copy of Closing Trial
8 | Brief (<u>see</u> Docket Item # 501).
9 |     3.    I personally reviewed each of the Trustee's filed Erratas (<u>see</u> Docket Item ##
10 | 480, 481, and 486). I then incorporated each of the matters contained in the Trustee's filed
11 | Erratas into one new Closing Brief. The additions and corrections made as part of the
12 | Trustee's filed Erratas are shown in redline. Filed concurrently herewith is the Trustee's
13 | Redlined Closing Trial Brief Reflecting Errata Filed with the Court.
14 |     4.    Due to the complexity of the project, certain items <u>omitted</u> from the Trustee's
15 | Closing Brief could not be redlined or otherwise noted in the new Trustee's Redlined
16 | Closing Brief but are noted below for the Court's convenience.
17 |     (A)    At page 15:12 the word "non" was removed from the text.
18 |     (B)    Deleted page 50:14-18 which duplicated another entry in the Trustee's
19 |     Closing Brief.
20 |     (C)    Deleted page 59:12-15 which duplicated another entry in the Trustee's
21 |     Closing Brief.
22 |     5.    At page 46:21 of the Relined Closing Brief the Trustee added the following
23 | reference: "See 11 U.S.C. § 1104."
24 |     6.    Due to the nature of the project, we have changed the Table of Contents and
25 | Table of Authorities to conform to the new pagination in the Redlined Closing Brief.
26 | / / /
27 | / / /
28 | / / /

2.

DECLARATION OF JAMES ANDREW HINDS, JR. IN REGARD TO THE TRUSTEE'S REDLINE CLOSING
TRIAL BRIEF REFLECTING ERRATAS FILED WITH THE COURT

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June 2015, at Torrance, California.

_____
JAMES ANDREW HINDS, JR.

Hinds Dec re Redline Closing Brief JAH 6.30.15.wpd

3.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

HINDS & SHANKMAN, LLP, 21515 Hawthorne Blvd., Suite 1150, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*) **DECLARATION OF JAMES ANDREW HINDS, JR. REGARD TO THE TRUSTEE'S REDLINE CLOSING TRIAL BRIEF REFELECTING ERRATAS FILED WITH COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 1, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 1, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2015 | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, dgomez@gonzalezplc.com
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Cristina F Keith    ckeith@jhindslaw.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Hanna B Raanan    hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;sshepard@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- Paul R Shankman    pshankman@jhindslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Barouir B Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com

3. **SERVED OVERNIGHT MAIL**

Clerk to the Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE